**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SAMUEL SCHMIDT**                                                                                            **PLAINTIFF**

**v.**                              **Case No. 4:20-cv-00277 KGB**

**LINCOLN LIFE ASSURANCE**
**COMPANY OF BOSTON, and**
**WAYNE SMITH TRUCKING, INC.**                                                                **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 8). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and each party will bear its own costs, attorneys' fees, and expenses.

It is so ordered this 27th day of July, 2020.

_____
Kristine G. Baker
United States District Judge